UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CECIL THORNTON,<br><br>            Plaintiff,<br><br>        vs.<br><br>PAL VIRK,<br><br>            Defendant. | Case No. 1:15-cv-01782-EPG-PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE A CIVIL RIGHTS COMPLAINT<br><br>**FORTY-FIVE DAY DEADLINE**<br><br>ORDER FOR CLERK TO SEND PLAINTIFF A CIVIL RIGHTS COMPLAINT FORM |

William Cecil Thornton ("Plaintiff") is a state prisoner proceeding *pro se* in this civil action. On October 6, 2015, Plaintiff sent a letter to the United States District Court for the Northern District of California requesting assistance. The Clerk's Office opened the instant case as a civil rights action pursuant to 42 U.S.C. § 1983 and directed Plaintiff to file a complaint. (ECF No. 2.) On November 24, 2015, the case was transferred to the Fresno Division of United States District Court for the Eastern District of California. (ECF No. 11.) No complaint has yet been filed.

This action cannot proceed without a complaint on file. The Clerk's Office will be directed to send Plaintiff a civil rights complaint form. Should Plaintiff wish to proceed with this case, he must fill out the form and submit it to the court with his original signature, using the applicable case number 1:15-cv-01782-EPG-PC.

1

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk's Office is DIRECTED to send Plaintiff a civil rights complaint form;
2. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall complete and file a civil rights complaint,
3. Plaintiff's complaint must be submitted on the court's form, include his original signature, and use case number 1:15-cv-01782-EPG-PC.
4. <u>The failure to file a complaint in compliance with this order will result in the dismissal of this action</u>.

IT IS SO ORDERED.

Dated: **September 26, 2016**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE